UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
SEP 24 2014
Clerk, U.S. District and
Bankruptcy Courts

In re Subpoena Matter )
)
UNITED STATES )
DISTRICT OF COLUMBIA, )
)
v. )
)
KEVIN HOLLEY, )
)
Defendant. )

Case: 1:14-mc-01060
Assigned To : Cooper, Christopher R.
Assign. Date : 9/24/2014
Description: miscellaneous

## NOTICE OF REMOVAL OF A SUBPOENA MATTER

The Court Services and Offender Supervision Agency for the District of Columbia ("CSOSA"), by and through undersigned counsel, hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1442(a)(1) & 1446, and *Brown & Williamson Tobacco Corp. v. Williams*, 62 F. 3d 408, 412-15 (D.C. Cir. 1995). In support of this Notice, the following facts are relied upon:

1. CSOSA is in receipt of a subpoena addressed to "Donna Sanger General Counsel CSOSA 633 Indiana Avenue, NW #1374 220 5338" in the criminal case of *United States v. Kevin Holley*, Case No. 2014 CMD 6385 (D.C. Sup. Ct.). Under CSOSA's regulations, 28 C.F.R. §§ 802.24, *et seq.*, promulgated pursuant to *United States ex rel. Touhy v. Ragen*, 340 U.S. 462 (1951), this subpoena functions as a "demand" on CSOSA. *See* 28 C.F.R. § 802.25.

2. A copy of the demand is attached hereto as "Exhibit 1."

3. CSOSA intends to move to quash the subpoena, relying on federal law, upon removal of this action.



WHEREFORE, this subpoena matter is properly removed from the Superior Court of the District of Columbia to this Court. The underlying criminal prosecution is not being removed and remains pending in the Superior Court for the District of Columbia.

Date: September 24, 2014                    Respectfully submitted,

RONALD C. MACHEN JR., D.C. Bar # 447889
United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division


By:   Laura E. Jennings
Special Assistant United States Attorney
PA Bar No. 206488
555 Fourth Street, N.W. – Civil Division
Room E-4916
Washington, D.C. 20530
Laura.Jennings2@usdoj.gov
(202) 252-2569

# Exhibit 1

# Superior Court of the District of Columbia
## CRIMINAL DIVISION
## SUBPOENA   *Duces Tecum*

UNITED STATES
DISTRICT OF COLUMBIA

vs.   Case No. 2014 CMD 6585

*Kevin Holley*

To: *Donna Sanger General Counsel CSOSA*
*633 Indiana Ave NW # 1374  220 5338*

YOU ARE HEREBY COMMANDED:

To appear before the Criminal Division room/courtroom __314__ of the Superior Court of the District of Columbia, 500 Indiana Avenue/~~Judiciary Square, 555 Fourth Street~~, N.W., Washington, D.C. on the __30__ day of __September__, 20__14__, at __9:00__ a.m./~~p.m.~~ as a witness for __Defense__

[X] and bring with you __SEE ATTACHMENT A__

and do not depart from the Court without leave thereof.

WITNESS, the Honorable Chief Judge of the Superior Court of the District of Columbia, and the seal of said Court this __17__ day of __September__, 20__14__.

Officer in Charge   District

__Christine Pembroke__

Attorney for ~~Government~~/Defendant

Phone No. __202 553 3118__

Clerk, Superior Court of the District of Columbia

---

Authorization as required by D.C. Code § 14-307 and *Brown v. U.S.*, 567 A. 2d 426 (D.C. 1989), is hereby given for issuance of subpoena for medical records.

Date _____   Judge _____

**RETURN ON THIS SUBPOENA IS REQUIRED ON OR BEFORE THIS DATE:**

[X] I hereby certify that I have personally served, or have executed as shown in "REMARKS," the above subpoena on the individual at the address below

| Name and Title of Individual Served | Address (If different than shown above) |
|---|---|
| *[illegible] 9/18/2014* | |

[ ] I hereby certify that, after diligent investigation, I am unable to locate the individuals, company, corporation, etc., named in above subpoena for the reason(s) as shown in "REMARKS."

| Date(s) of Endeavor | Date and Time of Service |
|---|---|
| | |

| REMARKS | Signature of Title of Server |
|---|---|
| | |

CD 1072/Jan.00   *U S GPO 2000-520-516/94582

**Attachment A**

(1) the GPS device previously assigned to Kevin Holley and removed from him at the time of his arrest in this matter

(2) any manufacturer specifications for the make and/or model of the GPS device assigned to Kevin Holley and removed from him at the time of his arrest in this matter.

## CERTIFICATE OF SERVICE

I certify that I caused copies of the foregoing Notice of Removal of a Subpoena Matter and Notice of Filing Notice of Removal of a Subpoena Matter to be served, on this 24th day of September, 2014, by first class mail to:

Christine Pembroke, Esq.
3312 Dent Place, NW
Washington, DC 20007

/s/ Laura E. Jennings
Laura E. Jennings
Special Assistant United States Attorney
Civil Division

3